IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3127 |
| | ) | |
| V. | ) | |
| | ) | |
| LUIS ARTURO GOMEZ CORRALES, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Korey L. Reiman's unopposed motion for appointment of counsel in this case (filing 23) is granted, with an effective date of October 17, 2011.

DATED this 4th day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge